| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Michael J. Burns (SBN 172614)<br>mburns@seyfarth.com |
| 3 | 560 Mission Street, 31st Floor<br>San Francisco, California 94105-2930 |
| 4 | Telephone:  (415) 397-2823<br>Facsimile:   (415) 397-8549 |
| 5 | SEYFARTH SHAW LLP |
| 6 | Eric R. McDonough (SBN 193956)<br>emcdonough@seyfarth.com |
| 7 | D. Joshua Salinas (SBN 282065)<br>jsalinas@seyfarth.com |
| 8 | 2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-3021 |
| 9 | Telephone:  (310) 277-7200<br>Facsimile:   (310) 201-5219 |

Attorneys for Defendant
BURLINGTON COAT FACTORY OF CALIFORNIA, LLC

Douglas Caiafa, Esq. (SBN 107747)
DOUGLAS CAIAFA, A Professional Law Corporation
11845 West Olympic Boulevard, Suite 1245
Los Angeles, California 90064
(310) 444-5240 - phone; (310) 312-8260 - fax
Email: dcaiafa@caiafalaw.com

Attorneys for Plaintiff JAMES HOROSNY, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JAMES HOROSNY, an individual; JENNIFER PRICE, an individual; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BURLINGTON COAT FACTORY OF CALIFORNIA, LLC, a California Limited Liability Company; and DOES 1 thorough 100, inclusive,<br><br>Defendants. | **Case No.  2:15-cv-05005-SJO-MRW**<br>**CLASS ACTION**<br><br>[*Assigned to the Hon. S. James Otero*]<br><br>**STIPULATION TO EXTEND SCHEDULED DATES AND DEADLINES**<br><br>*Complaint Filed:*   July 1, 2015<br>*Trial Date:*            Jan. 18, 2017<br><br>Discovery Cutoff:   Oct. 15, 2016<br>Motion Cutoff:       Nov. 14, 2016 |

## STIPULATION

Pursuant to Local Rule 7-1, James Horosny and Jennifer Price (collectively "Plaintiffs"), and Burlington Coat Factory of California, LLC ("Defendant"), (collectively, the "Parties") by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on December 14, 2015, the Court set the following schedule: Motion for class certification due by March 14, 2016; Amended Pleadings due by February 15, 2016, Discovery Cutoff July 15, 2016; Motion Cutoff August 15, 2016, at 10:00 a.m.; Pretrial Conference set for October 11, 2016, at 9:00 a.m.; and Jury Trial set for October 25, 2016, at 9:00 a.m.

WHEREAS, on February 22, 2016, the Parties filed a Joint Stipulation to Stay Case Pending Settlement;

WHEREAS, on February 24, 2016, the Court denied the Parties' Stipulation to Stay Case Pending Settlement, and continued the scheduled dates as follows: Discovery Deadline: October 15, 2016; Motion Hearing Cutoff November 14, 2016 at 10:00 a.m.; Pretrial Conference set for January 9, 2017 at 9:00 a.m.; Jury Trial set for January 18, 2017 at 9:00 a.m.;

WHEREAS, on May 9, 2016, Plaintiffs filed an Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class;

WHEREAS, on June 9, 2016, the Court denied Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class, without prejudice, and allowed Plaintiffs sixty (60) days from its Order to file a renewed Motion for Preliminary Approval that addresses the issues identified in the Court's Order;

WHEREAS, lead trial counsel for Defendant is unavailable from January 16-20, 2017 due to a trial in another matter;

WHEREAS, the Parties have agreed to request an extension and continuance from the Court of at least thirty (30) days on the currently scheduled discovery and motion deadlines, Pretrial Conference, and Jury Trial, except for the sixty (60) days already

above

## STIPULATION

Pursuant to Local Rule 7-1, James Horosny and Jennifer Price (collectively "Plaintiffs"), and Burlington Coat Factory of California, LLC ("Defendant"), (collectively, the "Parties") by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on December 14, 2015, the Court set the following schedule: Motion for class certification due by March 14, 2016; Amended Pleadings due by February 15, 2016, Discovery Cutoff July 15, 2016; Motion Cutoff August 15, 2016, at 10:00 a.m.; Pretrial Conference set for October 11, 2016, at 9:00 a.m.; and Jury Trial set for October 25, 2016, at 9:00 a.m.

WHEREAS, on February 22, 2016, the Parties filed a Joint Stipulation to Stay Case Pending Settlement;

WHEREAS, on February 24, 2016, the Court denied the Parties' Stipulation to Stay Case Pending Settlement, and continued the scheduled dates as follows: Discovery Deadline: October 15, 2016; Motion Hearing Cutoff November 14, 2016 at 10:00 a.m.; Pretrial Conference set for January 9, 2017 at 9:00 a.m.; Jury Trial set for January 18, 2017 at 9:00 a.m.;

WHEREAS, on May 9, 2016, Plaintiffs filed an Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class;

WHEREAS, on June 9, 2016, the Court denied Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class, without prejudice, and allowed Plaintiffs sixty (60) days from its Order to file a renewed Motion for Preliminary Approval that addresses the issues identified in the Court's Order;

WHEREAS, lead trial counsel for Defendant is unavailable from January 16-20, 2017 due to a trial in another matter;

WHEREAS, the Parties have agreed to request an extension and continuance from the Court of at least thirty (30) days on the currently scheduled discovery and motion deadlines, Pretrial Conference, and Jury Trial, except for the sixty (60) days already

allowed by the Court for Plaintiffs to file their renewed Motion for Preliminary Approval; and

WHEREAS, these requests are not being made for the purposes of delay or any other improper purpose.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that the following dates and deadlines be continued as follows: Discovery Cutoff - November 14, 2016; Motion Hearing Cutoff - December 19, 2016 at 10:00 a.m; Pretrial Conference - February 13, 2017 at 9:00 a.m.; and Jury Trial - February 22, 2017 at 9:00 a.m.

DATED: June 29, 2016                    SEYFARTH SHAW LLP


                                        By: */s/ D. Joshua Salinas*
                                            Michael J. Burns
                                            Eric R. McDonough
                                            D. Joshua Salinas
                                        Attorneys for Defendant
                                        BURLINGTON COAT FACTORY OF
                                        CALIFORNIA, LLC


DATED: June 29, 2016                    DOUGLAS CAIAFA, APLC and LAW
                                        OFFICE OF CHRISTOPHER J. MOROSOFF


                                        By: */s/ Douglas Caiafa*
                                            Douglas Caiafa
                                            Christopher J. Morosoff
                                        Attorneys for Plaintiffs
                                        JAMES HOROSNY and JENNIFER PRICE

**ECF ATTESTATION**

I, D. Joshua Salinas, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTEND SCHEDULED DATES AND DEADLINES. In accordance with General Order 08-02, VIII.B, concurrence in the filing of this document has been obtained from Douglas Caiafa, counsel for Plaintiffs, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

DATED: June 29, 2016                         SEYFARTH SHAW LLP


By: */s/ D. Joshua Salinas*
    Michael J. Burns
    Eric R. McDonough
    D. Joshua Salinas
Attorneys for Defendant
BURLINGTON COAT FACTORY OF CALIFORNIA, LLC